**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>                              Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>                              Defendants. | No. 1:17-cv-00727-RDM |

## **ANSWER**

Defendants, the U.S. Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, hereby answer the numbered paragraphs of Plaintiff's Complaint as follows:

1.  This paragraph consists of Plaintiff's characterization of this lawsuit, to which no response is required.

2.  This paragraph consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

3.  This paragraph consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

4.  This paragraph consists of Plaintiff's legal conclusions regarding administrative exhaustion, to which no response is required.

5.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

6.   Defendants admit the allegations set forth in the first sentence of this paragraph.  The second sentence of this paragraph consists of a legal conclusion to which no response is required.

7.   Defendants admit the allegation set forth in the first sentence of this paragraph.  The second sentence of this paragraph consists of a legal conclusion, to which no response is required.

8.   Defendants admit that Plaintiff submitted two FOIA requests and respectfully refer the Court to those requests for a complete and accurate statement of their contents.

9.   The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

10.  The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

11.  The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

12.  The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

13.  The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  The paragraph also contains legal conclusions to which no response is required.

14.  The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

15.  The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited document for a complete and accurate statement of its contents.

16. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

17. Defendants admit that the FBI received a FOIA request from Plaintiff dated March 9, 2017, and respectfully refer the Court to that request for a complete and accurate statement of its contents.

18. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

19. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited article for a complete and accurate statement of its contents.

20. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited article for a complete and accurate statement of its contents.

21. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

22. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

23. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

24. The allegation in this paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

25. Defendants admit that the FBI received a FOIA request from Plaintiff related to Mr. Sessions' SF-86 form, and respectfully refer the Court to that request for a full and accurate statement of its contents.

26. Defendants admit that the FBI received a FOIA request from Plaintiff dated March 9, 2017, and respectfully refer the Court to that request for a full and accurate statement of its contents.

27. Defendants admit that the FBI received a request for expedited processing of the FOIA request filed by Plaintiff on March 9, 2017.

28. This paragraph consists of a legal conclusion to which no response is required.

29. This paragraph consists of a legal conclusion to which no response is required.

30. The FBI admits that Plaintiff submitted sufficient information to warrant expedited processing of its March 9, 2017 request and that the FBI granted it expedited processing in a letter dated April 18, 2017.

31. The FBI admits that Plaintiff submitted sufficient information to warrant expedited processing of its March 9, 2017 request and that the FBI granted it expedited processing in a letter dated April 18, 2017.

32. Defendants lack knowledge or information sufficient to form a belief about the truth of these allegations.

33. Defendants admit that the FBI acknowledged receipt of Plaintiff's electronic submission. Defendants lack sufficient information or knowledge to admit or deny that Plaintiff received confirmation of its submission.

34. Defendants admit that the FBI sent Plaintiff a letter dated March 30, 2017, in which it acknowledged receipt of Plaintiff's FOIA request dated March 9, 2017, and assigned the request

FOIPA Request No. 1369944-000.  Defendants respectfully refer the Court to that letter for a complete and accurate statement of its contents.

35. Defendants deny the allegations in this paragraph and aver that the FBI sent Plaintiff a letter dated April 18, 2017 granting its expedited processing request.

36. Defendants admit that the FBI received a FOIA request from Plaintiff dated March 20, 2017.  Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

37. Defendants admit that the FBI received a request for expedited processing of the request filed by Plaintiff dated March 20, 2017.

38. This paragraph consists of a legal conclusion to which no response is required.

39. This paragraph consists of a legal conclusion to which no response is required.

40. The FBI admits that Plaintiff submitted sufficient information to warrant expedited processing of its March 20, 2017 request and that the FBI granted it expedited processing in a letter dated May 4, 2017.

41. The allegations in this paragraph characterize Plaintiff's March 20, 2017 FOIA request, to which no response is required, and consist of legal conclusions, to which no response is required.  Defendants respectfully refer the Court to that FOIA request for a complete and accurate statement of its contents. The FBI also admits that Plaintiff submitted sufficient information to warrant expedited processing of its March 20, 2017 request and that the FBI granted it expedited processing in a letter dated May 4, 2017.

42. The allegations in this paragraph characterize Plaintiff's March 20, 2017 FOIA request, to which no response is required, and consist of legal conclusions, to which no response is required.  Defendants respectfully refer the Court to that FOIA request for a complete and

accurate statement of its contents.  The FBI also admits that Plaintiff submitted sufficient information to warrant expedited processing of its March 20, 2017 request and that the FBI granted it expedited processing in a letter dated May 4, 2017.

43. The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  The FBI admits that Plaintiff submitted sufficient information to warrant expedited processing of its March 20, 2017 request and that the FBI granted it expedited processing in a letter dated May 4, 2017.

44. The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants also lack knowledge or information sufficient to form a belief about the truth of these allegations.

45. The allegations in this paragraph characterize Plaintiff's March 20, 2017, FOIA request, to which no response is required.  Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents. The FBI also lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

46. The allegations in this paragraph characterize Plaintiff's March 20, 2017, FOIA request, to which no response is required.  Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents. The FBI also lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

47. The allegations in this paragraph characterize Plaintiff's March 20, 2017, FOIA request, to which no response is required.  Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents. The FBI also lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

48. The FBI admits that it acknowledged receipt of Plaintiff's electronic submission.  The FBI lacks information or knowledge sufficient to form a belief about the truth of the allegation regarding Plaintiff's receipt of confirmation of its submission.

49. The FBI denies the allegations in this paragraph.  The FBI acknowledged receipt of Plaintiff's request dated March 20, 2017, via letter sent on April 11, 2017.

50. The FBI denies the allegations in this paragraph.  The FBI acknowledged receipt of Plaintiff's request dated March 20, 2017, via letter sent on April 11, 2017, and granted expedited processing via letter sent on May 4, 2017.

51. The FBI admits that it has not issued a final determination regarding Plaintiff's request. The FBI denies the remaining allegations in this paragraph.

52. This paragraph consists of a legal conclusion to which no response is required.

53. Defendant asserts and incorporates its responses to paragraphs 1 through 52 of the Complaint.

54. This paragraph consists of a legal conclusion to which no response is required.

55. This paragraph consists of a legal conclusion to which no response is required.

56. This paragraph consists of a legal conclusion to which no response is required.

57. Defendants deny that the FBI failed to make a determination of whether to provide expedited processing but admit that such determination was not made within ten days of Plaintiff's submission of their FOIA request.

58. Defendants deny the allegations in this paragraph.

59. Defendants deny the allegations in this paragraph.

60. Defendant asserts and incorporates its responses to paragraphs 1 through 59 of the Complaint.

61. This paragraph consists of a legal conclusion to which no response is required.

62. This paragraph consists of a legal conclusion to which no response is required.

63. This paragraph consists of a legal conclusion to which no response is required.

64. This paragraph consists of a legal conclusion to which no response is required.

65. Defendants deny the allegations in this paragraph.

66. Defendant asserts and incorporates its responses to paragraphs 1 through 65 of the Complaint.

67. This paragraph consists of a legal conclusion to which no response is required.

68. This paragraph consists of a legal conclusion to which no response is required.

69. This paragraph consists of a legal conclusion to which no response is required.

70. This paragraph consists of a legal conclusion to which no response is required.

71. Defendants deny the allegations in this paragraph.

72. Defendant asserts and incorporates its responses to paragraphs 1 through 71 of the Complaint.

73. This paragraph consists of a legal conclusion to which no response is required.

74. This paragraph consists of a legal conclusion to which no response is required.

75. This paragraph consists of a legal conclusion to which no response is required.

76. Defendants deny that the FBI failed to make a determination of whether to provide expedited processing but admit that such determination was not made within ten days of Plaintiff's submission of their FOIA request.

77. Defendants deny the allegations in this paragraph.

78. Defendants deny the allegations in this paragraph.

79. Defendant asserts and incorporates its responses to paragraphs 1 through 78 of the Complaint.

80. This paragraph consists of a legal conclusion to which no response is required.

81. This paragraph consists of a legal conclusion to which no response is required.

82. This paragraph consists of a legal conclusion to which no response is required.

83. This paragraph consists of a legal conclusion to which no response is required.

84. Defendants deny the allegations in this paragraph.

85. Defendant asserts and incorporates its responses to paragraphs 1 through 84 of the Complaint.

86. This paragraph consists of a legal conclusion to which no response is required.

87. This paragraph consists of a legal conclusion to which no response is required.

88. This paragraph consists of a legal conclusion to which no response is required.

89. This paragraph consists of a legal conclusion to which no response is required.

90. Defendants deny the allegations in this paragraph.


The remaining unnumbered paragraph, which includes subparts (1) through (5), constitutes a prayer for relief to which no response is required.  To the extent a response is deemed necessary, Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendants hereby deny all allegations in Plaintiff's Complaint not expressly admitted or denied.

## **AFFIRMATIVE DEFENSES**

1. Counts I and IV in Plaintiff's Complaint, which claim that the agency improperly failed to grant expedited processing, are moot. As of the filing of this Answer, the FBI has granted expedited processing for both of Plaintiff's FOIA requests.

2. Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions to the Freedom of Information Act, 5 U.S.C. § 552.

Dated: May 24, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Anjali Motgi*
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879 | Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2017, a copy of the foregoing pleading was filed electronically via the Court's ECF system which sent notification of such filing to counsel of record for Plaintiff.

/s/ Anjali Motgi_____
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879 | Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for Defendants*