**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 17-727 (RDM) |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) ) ) | |
| *Defendants*. | ) ) | |

**NOTICE OF PRODUCTION**

Plaintiff American Oversight submits this notice informing the Court that Defendants produced the attached response to the Sessions request, ECF No. 1-2, at approximately 7:58 pm on July 12, 2017.

Dated: July 12, 2017

Respectfully submitted,

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003
Austin R. Evers
D.C. Bar No. 1006999
Melanie Sloan
D.C. Bar No. 434584
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 869-5246
cerissa.cafasso@americanoversight.org
austin.evers@americanoversight.org
msloan@americanoversight.org
*Counsel for Plaintiff*