UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>                              Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>                              Defendants. | No. 1:17-cv-00727-RDM |

## NOTICE OF FILING

Notwithstanding Defendants' appropriate assertion of FOIA Exemptions (b)(6), (b)(7)(C), and (b)(7)(E), over the information contained in the record requested by Plaintiff (Section 20.B6 of Attorney General Sessions' SF-86), *see* 5 U.S.C. § 552a(b); *National Aeronautics and Space Administration v. Nelson*, 562 U.S. 134, 156 (2011), the Department of Justice, in consultation with the Attorney General, has consented to a discretionary release of this record. Defendants will disclose the record referenced above to Plaintiff.

Dated: July 13, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Anjali Motgi*
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW

1

Washington, DC 20530
Tel: (202) 305-0879 | Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2017, a copy of the foregoing pleading was filed electronically via the Court's ECF system which sent notification of such filing to counsel of record for Plaintiff.

*/s/ Anjali Motgi*_____
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879 | Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for Defendants*